# EXHIBIT 1

**Nova Cat Incorporation**
101 South Federal Highway
Lake Worth, Florida
33460
561-582-4151
561-582-4393

April 27, 2021

To Whom It May Concern:

Elizabeth Caglioti is my patient, and has been under my care since 2015. I am intimately familiar with her history and with the functional limitations imposed by her disability. She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to her medical conditions, she has certain limitations regarding social interaction and coping with stress/anxiety. In order to help her alleviate these difficulties, and to enhance her ability to live independently and to fully use and enjoy the dwelling unit that you administer, I am prescribing an emotional support animal (dog) that will assist Elizabeth in coping with her disability.

I am familiar with the voluminous professional literature concerning the therapeutic benefits of assistance animals for people with disabilities such as that expressed by Elizabeth. Upon request I will share citations to relevant studies, and would be happy to answer any other questions that you may have concerning my recommendation that Elizabeth Caglioti have an emotional support animal [dog]. Should you have additional questions, please do not hesitate to contact me.

I am licensed by the State of Florida to practice Family Practice. My license number is OS8751.

Sincerely,

Dr. Mary Scanlon

MS/js