UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA CAGLIOTI, et al.

    PLAINTIFF(S)

CASE NUMBER
9:23–cv–81310–RLR

v.

COLONIAL CLUB CONDOMINIUM ASSOC. SEC 1, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

    DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Elizabeth Caglioti**
**Maria Caglioti**
**Teresa Caglioti**

as of course, on the date November 29, 2023.

    **Angela E. Noble**
    CLERK OF COURT

    By  /s/ *Alisha Beasley*
    Deputy Clerk

cc:  Judge Robin L. Rosenberg
     Maria Caglioti

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)