UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: CASE NO.: 9:23-cv-81310-RLR

MARIA CAGLIOTI, ELIZABETH CAGLIOTI
& TERESA CAGLIOTI

        Plaintiffs

vs.

COLONIAL CLUB CONDOMINIUM ASSOC.
SEC 1 INC. & KATHY BAUER, Individually

        Defendants.

_____/

## JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' INITIAL INTERROGATORIES, REQUEST FOR ADMISSION AND REQUEST FOR PRODUCTION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, that Defendants, Colonial Club Condominium Assoc. Sec 1 Inc., and Kathy Bauer, by and through the undersigned counsel, hereby stipulate that the discovery deadline for Defendants be extended fourteen (14) days from March 4, 2024, to March 18, 2024, to file answers and responses to Plaintiffs' Initial Interrogatories, Request for Admissions and Request to Produce. Such extension does not interfere with the time set for the completion of discovery.

    **DATED** this 4th day of _____March____ 2024.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 4th day of March 2024. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

               By: */s/ Maurice J. Mitchell*
                  **MAURICE J. MITCHELL, ESQ.**
                  FBN: 103886

**SERVICE LIST**

**MARIA CAGLIOTI, ELIZABETH CAGLIOTI, AND TERESA CAGLIOTI  V. COLONIAL CLUB CONDOMINIUM ASSOC. SEC 1, INC., and KATHY BAUER, INDIVIDUALLY**

**CASE NO.: 9:23-CV-81310-ROSENBERG**

| | |
|---|---|
| **BRYAN J. MAZZOLA, ESQ.** (FBN: 1021407)<br>bmazzola@boydlawgroup.com<br>**MAURICE J. MITCHELL, ESQ.** (FBN: 103886)<br>mmitchell@boydlawgroup.com<br>**BOYD RICHARDS PARKER & COLONNELLI**<br>100 S.E. 2nd Street, Suite 2600<br>Miami, Florida 33131<br>Tel: 786-425-3905<br>Fax: 786-425-3905<br>For Service of Pleadings:<br>serviceMIA@boydlawgroup.com<br><br>*Counsel for Defendants* | **MARCY I. LAHART, ESQ.** (FBN: 0967009)<br>Marcy@floridaanimallawyer.com<br>**MARCY I. LAHART, P.A.**<br>249 S.E. Tuscawilla Road<br>Micanopy, FL 32667<br>(352) 545-7001<br><br>*Counsel for Plaintiffs* |