UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cv-81310-RLR

MARIA CAGLIOTI, ELIZABETH CAGLIOTI
& TERESA CAGLIOTI,

    Plaintiff,

v.

COLONIAL CLUB CONDOMINIUM
ASSOC. SEC 1 INC.
&
KATHY BAUER individually.

    Defendant.
_____/

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

The undersigned counsel, request entry of an order authorizing Joseph Clarke, Esq. to substitute in for Kyle T. Berglin, Esq. and Maurice J. Mitchell, Esq. as counsel of record for COLONIAL CLUB CONDOMINIUM ASSOC. SEC 1 INC., and Kathy Bauer in defense of the claims in Case No. 9:23-cv-81310-RLR. Upon entry of an order granting this motion, Joseph T. Clarke, Esq., will be counsel of record for COLONIAL CLUB CONDOMINIUM ASSOC. SEC 1 INC., and Kathy Bauer, and Kyle T. Beglin, Esq. and Maurice J. Mitchell, Esq. will be relieved from further responsibility in defense of the claims in Case No. 9:23-cv-81310-RLR. A copy of the Proposed Order granting the Unopposed Motion is attached hereto as Exhibit A.

    Date: June 21, 2024

                                            Respectfully submitted,

                                            **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
                                            100 S.E. 2nd Street, Suite 2600
                                            Miami, Florida 33131

        Tel: (786) 425-1045
        Fax: (786) 425-3905
        ServiceMia@boydlawgroup.com

      By: */s/ Joseph T. Clarke*
        **Joseph T. Clarke Esq.**
        jclarke@boydlawgroup.com
        Florida Bar No. 1044934

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on June 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      By: */s/ Joseph T. Clarke*
        **Joseph T. Clarke, Esq.**

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cv-81310-RLR

MARIA CAGLIOTI, ELIZABETH CAGLIOTI
& TERESA CAGLIOTI,

    Plaintiff,

v.

COLONIAL CLUB CONDOMINIUM
ASSOC. SEC 1 INC.
&
KATHY BAUER individually.

    Defendant.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on Defendants' Unopposed Motion for Substitution of Counsel ("The Motion"). This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Joseph T. Clarke shall be Counsel of Record for Defendants, Colonial Club Condominium Association, Inc. and Kathy Bauer. Kyle T. Berglin and Maurice Mitchell are hereby relieved from further responsibility in defense of the claims in Case No. 9:23-cv-81310-RLR.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States Magistrate Judge

Copies furnished to: All Counsel of Record